**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DAMON JOSIAH HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:20-CV-00291 JAR |
| v. | ) | |
| | ) | |
| CORIZON HEALTH CARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's pro se motion for reconsideration. (Doc. No. 31). Plaintiff asks the Court to reconsider its denial of his motion for appointment of a medical expert. (Doc. No. 27). The Court will give Defendants fifteen days to file any response.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall have **fifteen days** to respond to Plaintiff's pro se motion for reconsideration.

Dated this 23rd day of March, 2021.


_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**