**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DAMON JOSIAH HOUSTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-00291 JAR |
| | ) | |
| CORIZON HEALTH CARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion for appointment of counsel. (Doc. No. 37). Petitioner states he is not competent to litigate this case because of his lack of knowledge about the law. Petitioner first requested appointment of counsel on February 20, 2020. (Doc. No. 2). His request was considered in light of relevant factors, see Phillips v. Jasper Cty. Jail, 437 F.3d 791, 794, and denied without prejudice on April 14, 2020. (Doc. No. 7).

Upon consideration, the Court will deny Petitioner's latest request for appointment of counsel. The Court finds nothing in the record to cause it to reconsider its previous order denying Petitioner's motion for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Petitioner has demonstrated that he can adequately present his claims to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Appointment of Counsel [37] is **DENIED** without prejudice.

Dated this 20th day of May, 2021

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**