# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| DAMON JOSIAH HOUSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cv-00291-JAR |
| CORIZON HEALTH CARE, et al., | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's motion to proceed in forma pauperis on appeal. (Doc. No. 51). Upon review of the financial affidavit, the Court has determined that Petitioner is unable to pay the appellate filing fee. See 28 U.S.C. § 1915. Consequently, the Court will grant the motion to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to proceed in forma pauperis for purposes of his appeal [51] is **GRANTED.**

Dated this 2nd day of June, 2022.

*John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**